UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHELLE R. LINDSAY on Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO ADVISORS LLC, and DOES 1 through 10, <br><br> Defendants. | Case No. 4:12-CV-00577-JAR |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT**

The parties to the above-captioned civil action, by and through their undersigned attorneys, move, pursuant to 20 U.S.C. §216(b), for judicial approval of a settlement reached between the parties, after extensive negotiations, which resolves all legal claims involving the wage and hour violations alleged in the action.

The Settlement Agreement attached as Exhibit A to the Declaration of Derek J. Emge, contains the specific terms of the settlement, and the parties' Memorandum of Law in support of this Motion, filed simultaneously herewith explains in detail why the settlement is a fair and reasonable resolution of bona fide disputes and therefore warrants this Court's approval.

**WHEREFORE,** the parties request that the Court sign and enter the accompanying proposed order approving the settlement of the above-captioned action.

Respectfully submitted:

\_\_\_\_\_/s/ Robert D. Blitz_____
Robert D. Blitz, #24387MO
Christopher O. Bauman, #52480MO
Blitz, Bardgett & Deutsch, L.C.
120 South Central Avenue, Suite 1650
St. Louis, Missouri 63105
(314) 863-1500
(314) 863-1877 (facsimile)

/s/ Derek J. Emge
Derek J. Emge, CASBN: 161105
Emge & Associates
225 Broadway, Suite 1350
San Diego, CA 92101
(619) 595-1400
(619) 595-1480 (facsimile)

/s/ Matthew J. Zevin
Matthew J. Zevin, CASBN: 170736
Stanley · Iolaa, LLP
225 Broadway, Suite 1350
San Diego, CA 92101
(619) 235-5306
(619) 377-8419 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**


/s/ Malcolm H. Heinicke
Terry E. Sanchez
Malcolm H. Heinicke
Jeffrey M. Osofsky
Munger and Tolles LLC
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

A copy of the foregoing was served on the following via the Court's electronic service system on this 2nd day of August, 2013.

Kimberly A. Yates
LITTLER MENDELSON, P.C
One Metropolitan Square
211 North Broadway, Suite 1500
St. Louis, Missouri 63102
kyats@littler.com
Attorney for Wells Fargo Advisors LLC

Malcolm A. Heinicke
MUNGER AND TOLLES, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Malcolm.heinicke@mto.com
Attorney for Wells Fargo Advisors LLC

Terry E. Sanchez
MUNGER AND TOLLES LLC
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Terry.Sanchez@mto.com
Attorney for Wells Fargo Advisors LLC

_____